IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Laura Furuta - #210198

                                                /

No. C 14-80144 WHA

**ORDER OF SUSPENSION**

    Because Laura Furuta has failed to respond to the order to show cause, Ms. Furuta's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: July 22, 2014.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE